Kelly H. Dove, NV Bar 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

Kiah D. Beverly-Graham, NV Bar 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNESTO CISNEROS AND MARIA CISNEROS,<br><br>PLAINTIFFS,<br><br>V.<br><br>AUTOSCRIBE FINANCIAL PROCESSING, LLC; CITIBANK CALIFORNIA; EARLY WARNING SERVICES, LLC; AND WELLS FARGO,<br><br>DEFENDANTS. | Case No. 2:20-cv-00759-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JUNE 12, 2020**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiffs Ernesto Cisneros and Maria Cisneros ("Plaintiffs") and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo ("Wells Fargo", and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiffs filed a Complaint (the "Complaint") in this Court on April 27, 2020;

Wells Fargo was served with the Complaint on May 1, 2020;

Wells Fargo's deadline to respond to the Complaint is currently May 22, 2020; and

1  This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through June 12, 2020.

Dated: May 19, 2020                                          Dated: May 19, 2020.

**KNEPPER & CLARK LLC**                          **SNELL & WILMER L.L.P.**

By: */s/ Miles N. Clark (with permission)*           By: */s/ Kiah D. Beverly-Graham*
    Matthew I. Knepper, Esq. NV Bar 12796            Kelly Dove NV Bar 10569
    Miles N. Clark, Esq. NV Bar 13848                Kiah D. Beverly-Graham NV Bar 11916
    5510 S. Fort Apache Rd, Suite 300                3883 Howard Hughes Pkwy, #1100
    Las Vegas, NV 89148-7700                         Las Vegas, Nevada  89169

**AND**                                              *Attorneys for Defendant Wells Fargo Bank, N.A.*

**HAINES & KRIEGER, LLC**
David H. Krieger, Esq. NV Bar 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiffs Ernesto Cisneros and Maria Cisneros*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _May 21, 2020_____

- 2 -