Laura R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO CISNEROS and MARIA CISNEROS, <br><br> Plaintiff, <br><br> vs. <br><br> AUTOSCRIBE FINANCIAL PROCESSING, LLC; CITIBANK CALIFORNIA; EARLY WARNING SERVICES, LLC; and WELLS FARGO BANK, NA, <br><br> Defendants. | Case No. 2:20-cv-00759-KJD-NJK <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT** <br> **(First Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiffs Ernesto Cisneros and Maria Cisneros ("Plaintiffs"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including July 20, 2020. In support of the Stipulation, the parties state the following:

1. EWS signed a waiver of service on or around April 28, 2020 making its responsive pleading due on or around June 29, 2020.

2. The undersigned counsel for EWS was retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3. Counsel for Plaintiffs has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for EWS to file its responsive pleading.

42570015v1

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 20, 2020.

DATED: June 25, 2020.

| KNEPPER & CLARK LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Miles N. Clark*<br>    Matthew I. Knepper, Esq. (NSBN 12796)<br>    Miles N. Clark, Esq. (NSBN 13848)<br>    5510 S. Fort Apache Rd., Suite 30<br>    Las Vegas, NV 89418-7700<br>    matthew.knepper@knepperclark.com<br>    miles.clark@knepperclark.com<br><br>KRIEGER LAW GROUP LLC<br>David H. Krieger, Esq. (NSBN 9086)<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>dkrieger@kriegerlawgroup.com<br><br>*Attorneys for Plaintiffs Ernesto and Maria Cisneros* | By: */s/ Laura R. Jacobsen*<br>    Laura R. Jacobsen, Esq. (NSBN13699)<br>    Jason B. Sifers, Esq. (NSBN 14273)<br>    2300 West Sahara Avenue, Suite 1200<br>    Las Vegas, Nevada 89102<br>    ljacobsen@mcdonaldcarano.com<br>    jsifers@mcdonaldcarano.com<br><br>*Attorneys for Defendant<br>Early Warning Services, LLC* |

**ORDER**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2020

2

42570015v1