R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO CISNEROS and MARIA CISNERNOS,<br><br>Plaintiff,<br><br>vs.<br><br>AUTOSCRIBE FINANCIAL PROCESSING, LLC; CITIBANK CALIFORNIA; EARLY WARNING SERVICES, LLC; and WELLS FARGO BANK, NA,<br><br>Defendants. | Case No. 2:20-CV-00759<br><br>**NOTICE OF SETTLEMENT WITH EARLY WARNING SERVICES, LLC and AUTOSCRIBE FINANCIAL PROCESSING, LLC** |

PLEASE TAKE NOTICE that Plaintiffs Ernesto Cisneros and Maria Cisneros and Defendants Early Warning Services, LLC and Autoscribe Financial Processing, LLC[1] (collectively, "Defendants") have reached a tentative settlement. The parties anticipate filing a Stipulation for Dismissal of the Action as to the claims against the Defendants, with prejudice, within 60 days. The parties request that all pending dates and filing requirements as to the

///

///

///

---

[1] To date, Autoscribe Financial Processing, LLC has not yet entered an appearance but has reached a settlement with Plaintiffs.

108929861v1

Defendants, be vacated and the Court set a deadline, sixty days from the present date for filing a dismissal as to the Defendants.

DATED: July 20, 2020.

| KNEPPER & CLARK LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Miles N. Clark* <br> Matthew I. Knepper, Esq. (NSBN 12796) <br> Miles N. Clark, Esq. (NSBN 13848) <br> 5510 S. Fort Apache Rd., Suite 30 <br> Las Vegas, NV 89418-7700 <br> matthew.knepper@knepperclark.com <br> miles.clark@knepperclark.com <br><br> KRIEGER LAW GROUP LLC <br> David H. Krieger, Esq. (NSBN 9086) <br> 500 N. Rainbow Blvd., Suite 300 <br> Las Vegas, NV 89107 <br> dkrieger@kriegerlawgroup.com <br><br> *Attorneys for Plaintiffs* | By: */s/ Laura R. Jacobsen* <br> Laura R. Jacobsen, Esq. (NSBN13699) <br> Jason B. Sifers, Esq. (NSBN 14273) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> ljacobsen@mcdonaldcarano.com <br> jsifers@mcdonaldcarano.com <br><br> *Attorneys for Defendant* <br> *Early Warning Services, LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

108929861v1