# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO CISNEROS, et al.,<br>    Plaintiff(s),<br>v.<br>EARLY WARNING SERVICES, LLC, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-00759-KJD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 7, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: July 31, 2020

Nancy J. Koppe
United States Magistrate Judge