Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNESTO CISNEROS; and MARIA CISNEROS,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOSCRIBE FINANCIAL PROCESSING, LLC; CITIBANK CALIFORNIA; EARLY WARNING SERVICES, LLC; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:20-cv-00759-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CITIBANK'S MOTION TO DISMISS COMPLAINT AND MOTION TO COMPEL ARBITRATION**<br><br>Complaint filed: April 27, 2020 |

Plaintiffs Ernesto Cisneros and Maria Cisneros ("Plaintiffs"), by and through their counsel of record, and Defendant[1] Citibank, N.A. (*incorrectly named by Plaintiffs as Citibank California*)

---

[1] Plaintiffs have settled their claims with Early Warning Services, LLC; Autoscribe Financial Processing, LLC; and Wells Fargo Bank, N.A. A notice of settlement was filed on July 20, 2020 [ECF Dkt. 17].

("Citibank") have agreed and stipulated to the following:

1. On April 27, 2020, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On July 20, 2020, Citibank filed a Motion to Dismiss the Complaint [ECF Dkt.20] and a Motion to Compel Arbitration [ECF Dkt. 19].

3. Plaintiff's Response is due August 3, 2020.

4. Plaintiff and Citibank have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend Citibank's deadline to file their replies in support of their motions for fourteen days for the same reasons. The Parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy. As a result, both Plaintiffs and Citibank hereby request this Court to further extend the date for Plaintiff to respond to Citibank's Motion to Dismiss Complaint and Motion to Compel Arbitration until **August 17, 2020** and to extend the date for Citibank to file their Replies until **August 31, 2020**.

//

//

//

//

//

//

//

//

//

//

//

5. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated August 3, 2020.

| **KNEPPER & CLARK LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Ariel E. Stern* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Ariel E. Stern, Esq., SBN 8276<br>Holly E. Walker, Esq., SBN 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: ariel.stern@akerman.com<br>Email: holly.walker@akerman.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiffs* | *Counsel for Defendant Citibank, N.A. (incorrectly named by Plaintiffs as Citibank California)* |

**ORDER GRANTING**

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CITIBANK'S MOTION TO DISMISS COMPLAINT AND MOTION TO COMPEL ARBITRATION**

**IT IS SO ORDERED.**

Dated: 8/4/2020 ,

_____
UNITED STATES DISTRICT JUDGE

*Cisneros et al v. Early Warning Services, LLC et al*
*Case No. 2:20-cv-00759-KJD-NJK*