Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO CISNEROS; and MARIA CISNEROS,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOSCRIBE FINANCIAL PROCESSING, LLC; CITIBANK CALIFORNIA; EARLY WARNING SERVICES, LLC; and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:20-cv-00759-KJD-NJK<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO BANK, N.A.**<br><br>Complaint filed: April 27, 2020 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Bank, N.A., from the above captioned action, with prejudice.

//

//

Each party will bear its own fees and costs

**IT IS SO STIPULATED.**
DATED: August 25, 2020.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Kiah D. Beverly-Graham* |
| Matthew I. Knepper, Esq., SBN 12796 | Kelly H. Dove, Esq., SBN 10569 |
| Miles N. Clark, Esq., SBN 13848 | 3883 Howard Hughes Parkway |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89169 |
| Las Vegas, NV 89148 | Email: kdove@swlaw.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | Kiah D. Beverly-Graham, Esq., SBN 11916 |
| | 50 W. Liberty St., Suite 510 |
| **KRIEGER LAW GROUP, LLC** | Reno, NV 89501-1961 |
| David H. Krieger, Esq., SBN 9086 | Email: kbeverly@swlaw.com |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | *Counsel for Defendant* |
| Email: dkrieger@kriegerlawgroup.com | *Wells Fargo Bank, N.A.* |
| | |
| *Counsel for Plaintiff* | |
| **MCDONALD CARANO & WILSON** | **AKERMAN LLP** |
| /s/ *Laura R. Jacobsen* | /s/ *Holly E. Walker* |
| Laura R. Jacobsen, Esq., SBN 9313 | Ariel E. Stern, Esq., SBN 8276 |
| Jason B. Sifers, Esq., SBN 14273 | Holly E. Walker, Esq., SBN 14295 |
| 100 West Liberty Street, 10th Floor | 1635 Village Center Circle, Suite 200 |
| Reno, NV 89505-2670 | Las Vegas, NV 89134 |
| Email: LJacobsen@mcdonaldcarano.com | Email: ariel.stern@akerman.com |
| Email: JSifers@mcdonaldcarano.com | Email: holly.walker@akerman.com |
| | |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *Early Warning Services, LLC* | *Citibank, N.A. (incorrectly named by Plaintiffs as Citibank California)* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF

## WELLS FARGO BANK, N.A., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 28th day of August 2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2