Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ERNESTO CISNEROS; and MARIA CISNEROS,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOSCRIBE FINANCIAL PROCESSING, LLC; CITIBANK CALIFORNIA; and EARLY WARNING SERVICES, LLC,<br><br>Defendants. | Case No. 2:20-cv-00759-KJD-NJK<br><br>**STIPULATION OF DISMISSAL OF EARLY WARNING SERVICES, LLC; AND AUTOSCRIBE FINANCIAL PROCESSING, LLC, WITH PREJUDICE**<br><br>Complaint filed: April 27, 2020 |
|---|---|

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendants EARLY WARNING SERVICES, LLC, and AUTOSCRIBE FINANCIAL PROCESSING, LLC, from the above captioned action, with prejudice.

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: September 8, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br>*Counsel for Plaintiff*<br><br>**AKERMAN LLP**<br><br>/s/ *Holly E. Walker*<br>Ariel E. Stern, Esq., SBN 8276<br>Holly E. Walker, Esq., SBN 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>Email: ariel.stern@akerman.com<br>Email: holly.walker@akerman.com<br><br>*Counsel for Defendant*<br>*Citibank, N.A. (incorrectly named by Plaintiffs as Citibank California)* | **MCDONALD CARANO LLP**<br><br>/s/ *Laura R. Jacobsen*<br>Laura R. Jacobsen, Esq., SBN 13699<br>Jason B. Sifers, Esq., SBN 14273<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Email: ljacobsen@mcdonaldcarano.com<br>Email: jsifers@mcdonaldcarano.com<br><br>*Counsel for Defendant*<br>*Early Warning Services, LLC* |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION TO DISMISSAL OF EARLY WARNING SERVICES, LLC AND AUTOSCRIBE FINANCIAL PROCESSING, LLC WITH PREJUDICE**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  9th  day of   September    2020.