Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNESTO CISNEROS; and MARIA CISNEROS,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK CALIFORNIA,<br><br>Defendant. | Case No. 2:20-cv-00759-KJD-NJK<br><br>**STIPULATION OF DISMISSAL OF CITIBANK CALIFORNIA, WITH PREJUDICE**<br><br>Complaint filed: April 27, 2020 |

    PLEASE TAKE NOTICE that Plaintiffs Ernest Cisneros and Maria Cisneros ("Plaintiffs") and Defendant Citibank California ("Citibank") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

    There are no longer any issues in this matter between Plaintiffs and Citibank to be determined by the Court, and Citibank is the only remaining defendant. Plaintiff hereby stipulates

that all of their claims and causes of action against Citibank, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: February 9, 2021.

| **KNEPPER & CLARK LLC** | **AKERMAN LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Donna Wittig* |
| Matthew I. Knepper, Esq., SBN 12796 | Ariel E. Stern, Esq., SBN 8276 |
| Miles N. Clark, Esq., SBN 13848 | Donna Wittig, Esq., SBN 11015 |
| 5510 So. Fort Apache Rd, Suite 30 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89134 |
| Email: matthew.knepper@knepperclark.com | Email: ariel.stern@akerman.com |
| Email: miles.clark@knepperclark.com | Email: donna.wittig@akerman.com |
| | |
| **KRIEGER LAW GROUP, LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq., SBN 9086 | *Citibank, N.A. (incorrectly named by Plaintiffs as Citibank California)* |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiffs* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF CITIBANK CALIFORNIA, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  10th  day of   February    2021

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2